UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Messan W. A.,

Petitioner,

v.

Joshua A. Marx, *Acting Director, Minneapolis-St. Paul Field Office, U.S. Citizenship and Immigration Services*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Joseph B. Edlow, *Director, U.S. Citizenship and Immigration Services*; and Todd Blanche, *Acting Attorney General of the United States*,

Respondents.

File No. 26-cv-3640 (ECT/JFD)

**ORDER**

---

Based on the parties' Stipulation to Remand, ECF No. 5, **IT IS HEREBY ORDERED THAT**:

1. This case is remanded to the United States Citizenship and Immigration Services ("USCIS");

2. USCIS shall issue a final decision on Petitioner's application within 30 days of this Court's order remanding the case to USCIS; and

3. This case shall be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 23, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court